**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| GIORGI MEZVRISHVILI | CIVIL ACTION NO. 26-2352 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| FACILITY ADMINISTRATOR RIVER CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE McCLUSKY |

## <u>ORDER</u>

Giorgi Mezvrishvili ("Petitioner") has filed a petition for writ of habeas corpus, Record Document 1, and an emergency motion for temporary restraining order, Record Document 3. The habeas petition is **REFERRED** to the Magistrate Judge for a Report and Recommendation. Record Document 1. For the following reasons, the emergency motion for temporary restraining order is **DENIED**. Record Document 3.

In his emergency motion, the Petitioner argues that he has a statutory right to a bond hearing. Record Document 3 at 1. Fifth Circuit precedent forecloses his argument. *See Buenrostro-Mendez v. Bondi*, 166 F.4th 494, 506 (5th Cir. 2026). With limited exceptions not applicable here, *Buenrostro-Mendez* held that unadmitted aliens are subject by statute to mandatory detention without bond. *Id.* Accordingly, the Petitioner's emergency motion is denied.

**DONE AND SIGNED** at Shreveport, Louisiana, this 7th day of July, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE